# EXHIBIT B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.

ISLAND WIFI LIMITED, LLC,

    Plaintiff,

vs.

AT&T MOBILITY NATIONAL ACCOUNTS LLC

    Defendant.

_____/

**DECLARATION OF PAULA PHILLIPS**

    1.    My name is Paula Phillips. I am over the age of 18 and otherwise competent to make this declaration.

    2.    I am a Legal Administrator at AT&T Services, Inc., which provides legal, tax, and real estate services, among other services, to the AT&T family of companies. I have been employed with the AT&T family of companies since 1984 and have been a Legal Administrator since 1991. My current title is Director – Legal Discovery.

    3.    I am a member of the AT&T Legal Department and am authorized to make this Declaration on behalf of AT&T Mobility National Accounts LLC. Through my work in the Legal Department, I have become personally familiar with the corporate structure of AT&T Inc. and its direct and indirect subsidiaries and affiliates, including AT&T Mobility National Accounts LLC.

    4.    All of the statements in this declaration are based upon my personal knowledge, as well as my review of corporate and business records of the AT&T family of companies and interviews with appropriately knowledgeable employees of those companies. If called upon as a witness, I could and would competently testify as to the truthfulness and accuracy of each item set forth below.

5. AT&T Mobility National Accounts LLC is a limited liability company whose sole member is AT&T Mobility II LLC.

6. AT&T Mobility II LLC's members are: AT&T Mobility LLC; BellSouth Mobile Data, Inc.; and AT&T Corp.

7. AT&T Mobility LLC's members are: SBC Long Distance, LLC; AT&T Investment & Tower Holdings, LLC; BellSouth Mobile Data, Inc.; and New Cingular Wireless Services, Inc.

8. SBC Long Distance, LLC's sole member is SBC Telecom, Inc.

9. AT&T Investment & Tower Holdings, LLC's members are: AT&T Capital Services, Inc., SBC Telecom, Inc., SBC Portfolio Holdings, Ltd., and JVI General Partnership.

10. BellSouth Mobile Data, Inc. is a Georgia corporation with its principal place of business in Georgia.

11. AT&T Corp. is a New York corporation with its principal place of business in New Jersey.

12. New Cingular Wireless Services, Inc. is a Delaware corporation with its principal place of business in Georgia.

13. AT&T Capital Services, Inc. is a Delaware corporation with its principal place of business in Texas.

14. SBC Telecom, Inc. is a Delaware corporation with its principal place of business in Texas.

15. SBC Portfolio Holdings, Ltd. is a Delaware corporation with its principal place of business in Texas.

16. JVI General Partnership is a partnership whose partners are AT&T Corp. and AT&T Solutions Inc.

17. AT&T Solutions Inc. is a Delaware corporation with its principal place of business in New Jersey.

18. These statements are both true today and were true on August 13, 2020.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 8, 2020

_____
PAULA PHILLIPS