# EXHIBIT C

IN THE CIRCUIT COURT OF THE
ELEVENTH JUDICIAL CIRCUIT, IN
AND FOR MIAMI-DADE COUNTY, FL

Case No. 2020-017369-CA-01

ISLAND WIFI LIMITED, LLC,

    Plaintiff,

vs.

AT&T MOBILITY NATIONAL ACCOUNTS LLC

    Defendant.

_____/

### NOTICE OF FILING NOTICE OF REMOVAL TO FEDERAL COURT

PLEASE TAKE NOTICE that Defendant AT&T Mobility National Accounts LLC filed a Notice of Removal of this action under 28 U.S.C. §§ 1441 and 1446, thereby removing this matter from the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida. In accordance with 28 U.S.C. § 1446(d), a copy of the Notice of Removal, without its exhibits, is attached as Exhibit A and this Court shall proceed no further in this matter unless and until this matter is remanded.

Dated: September 9, 2020                            Respectfully submitted,

                                                  *s/ Jordi C. Martínez-Cid*_____
                                                  Derek E. León
                                                    Florida Bar No. 625507
                                                Jordi C. Martínez-Cid
                                                  Florida Bar No. 100566
                                                 Jeremy L. Kahn
                                                  Florida Bar No. 105277
                                                 Email: dleon@leoncosgrove.com
                                                 Email: jmartinez-cid@leoncosgrove.com
                                                 Email: jkahn@leoncosgrove.com
                                                 Email: eperez@leoncosgrove.com
                                                 Email: lburns@leoncosgrove.com

2

                **LEÓN COSGROVE, LLP**
                255 Alhambra Circle, 8th Floor
                Miami, Florida 33134
                Telephone: 305.740.1975

                *Counsel for AT&T Mobility*
                *National Accounts LLC*

## CERTIFICATE OF SERVICE

      I hereby certify that on September 9, 2020, a true and correct copy of the foregoing was filed electronically and sent by email from the Florida Courts E-Filing Portal System to all counsel or parties of record.

    Kevin Drummond, Esq.
    BLUE LINE LAW FIRM, PLLC
    1645 Palm Beach Lakes Blvd., Suite 1200
    West Palm Beach, FL, 33401
    Email:  intake@tbllf.com

    *Counsel for Plaintiff Island Wifi Limited, LLC*

                                                    *s/ Jordi C. Martínez-Cid*
                                                       Jordi C. Martínez-Cid