UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CASE NO. 1:20-cv-23741-WPD**

ISLAND WIFI LIMITED, LLC,

    Plaintiff,

vs.

AT&T MOBILITY NATIONAL ACCOUNTS LLC

    Defendant.

_____/

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant AT&T Mobility National Accounts LLC ("AT&T") discloses that its ultimate parent company is AT&T Inc., which is a publicly traded company. No person owns 10% or more of AT&T Inc.'s stock. This statement is being provided with AT&T's first appearance, pleading, petition, motion, response, or other request addressed to the court, consistent with Federal Rule of Civil Procedure 7.1(b)(1).

Dated: September 9, 2020

    Respectfully submitted,

    **Jordi C. Martínez-Cid**
    Derek E. León
     Florida Bar No. 625507
    Jordi C. Martínez-Cid
     Florida Bar No. 100566
    Jeremy L. Kahn
     Florida Bar No. 105277
    Email: dleon@leoncosgrove.com
    Email: jmartinez-cid@leoncosgrove.com
    Email: jkahn@leoncosgrove.com
    Email: eperez@leoncosgrove.com
    Email: lburns@leoncosgrove.com
    **LEÓN COSGROVE, LLP**
    255 Alhambra Circle, 8th Floor

Miami, Florida 33134
Telephone: 305.740.1975

*Counsel for AT&T Mobility
National Accounts LLC*

## CERTIFICATE OF SERVICE

I certify that on September 9, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which in turn will serve a copy by notice of electronic filing to all counsel of record listed below.

> Kevin Drummond, Esq.
> BLUE LINE LAW FIRM, PLLC
> 1645 Palm Beach Lakes Blvd., Suite 1200
> West Palm Beach, FL, 33401
> intake@tbllf.com
> kevin@tbllf.com
>
> *Counsel for Island Wifi Limited, LLC*

**Jordi C. Martínez-Cid**
Jordi C. Martínez-Cid